

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00344-CV

_____

IN RE D.J., Relator

---

Original Proceeding
90th District Court of Young County, Texas
Trial Court No. 34084

---

Before Kerr, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for temporary relief and emergency stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary relief and emergency stay are denied.

Per Curiam

Delivered: October 27, 2021